UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAI BERNARDO ALKEBU-LAN,<br><br>Plaintiff,<br><br>v.<br><br>LISA HAZELWOOD, et al.,<br><br>Defendants. | Case No. 21-cv-06063-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a person incarcerated at California Men's Colony in San Luis Obispo, California, has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On January 3, 2022, the Court issued an order to show cause why leave to proceed *in forma pauperis* should not be denied pursuant to the three strikes provision set forth in 28 U.S.C. § 1915(g).[1] In response, Plaintiff filed a notice stating that he wishes to "cancel the filing of this case." ECF No. 11.

The Court construes this letter as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i). Fed. R. Civ. P. 41(a)(1)(i) provides that a plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). Defendants have not yet been served in this action.

///

///

///

---

[1] In *Alkebu-Lan v. Kane, et al.*, C No. 06-5991 CW, Plaintiff was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). *Alkebu-Lan v. Kane, et al.*, C No. 06-5991 CW, ECF No. 17, Order of Dismissal (Aug. 25, 2009).

1   Therefore, pursuant to the January 3, 2022 Notice of Voluntary Dismissal, this action is
2   DISMISSED without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of
3   dismissal states otherwise, dismissal is without prejudice).

**IT IS SO ORDERED.**

Dated:  February 2, 2022



JON S. TIGAR
United States District Judge